IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE VEAZEY                                                                                            PLAINTIFF

v.                                              No. 5:05CV080 JLH

ARKANSAS DEPARTMENT OF CORRECTION;
LARRY NORRIS, GRANT HARRIS AND
LARRY HICKS, Individually and as Supervising
Officers of the Arkansas Department of Correction                                            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the defendants on all of George Veazey's claims arising under the Fourteenth Amendment to Constitution of the United States, 42 U.S.C. § 1981, and 42 U.S.C. § 1983. Those claims are dismissed with prejudice. George Veazey's claims arising under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 28th day of September, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE